| Information to identify the case: | | |
|---|---|---|
| Debtor | **Metro Home Design and Construction, Inc.** <br> Name | EIN: 33–1060759 |
| United States Bankruptcy Court | Central District of California | Date case filed for chapter: 7    8/22/23 |
| Case number: | 8:23–bk–11695–SC | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Metro Home Design and Construction, Inc. | |
| **2. All other names used in the last 8 years** | dba dba M H Design and Construction, a California Corporation | |
| **3. Address** | 5753–G East Santa Ana Canyon Road, #541 <br> Anaheim, CA 92807 | |
| **4. Debtor's attorney** <br> Name and address | Marc Weitz <br> Law Office of Marc Weitz <br> 633 W 5th St, Ste 2800 <br> Los Angeles, CA 90071 | Contact phone 323–600–4805 <br> Email _____ |
| **5. Bankruptcy trustee** <br> Name and address | Jeffrey I Golden (TR) <br> Golden Goodrich LLP <br> 3070 Bristol Street, Suite 640 <br> Costa Mesa, CA 92626 | Contact phone (714) 966–1000 <br> Email _____ |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 411 West Fourth Street, Suite 2030, <br> Santa Ana, CA 92701–4593 | Hours open: <br> 9:00AM to 4:00 PM <br><br> Contact phone 855–460–9641 <br><br> Dated: 8/22/23 |
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | **September 27, 2023 at 08:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location: <br><br> **TELEPHONIC MEETING, FOR INSTRUCTIONS, CONTACT THE TRUSTEE** |
| **8. Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

2/

**For more information, see page 2 >**

| Debtor **Metro Home Design and Construction, Inc.** | Case number **8:23–bk–11695–SC** |
|---|---|

| | |
|---|---|
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| **11. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. |

**For more information, see page 1 >**